

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Eastman Gas Company, L.L.C., f/k/a
Fairplay Gas, Appellant

No. 06-13-00128-CV  v.

Goodrich Petroleum Company, L.L.C.,
Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. 2010-328). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter* participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Eastman Gas Company, L.L.C., f/k/a Fairplay Gas, pay all costs of this appeal.

RENDERED JANUARY 14, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk